**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 12-7102**

———————————

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

EARL E. RICHARDSON,

                    Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  James R. Spencer, District
Judge.  (3:96-cr-00122-JRS-1)

———————————

Submitted:  September 11, 2012      Decided:  September 14, 2012

———————————

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Earl E. Richardson, Appellant Pro Se. Stephen Wiley Miller,
Assistant United States Attorney, Richmond, Virginia, for
Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Earl E. Richardson appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Richardson, No. 3:96-cr-00122-JRS-1 (E.D. Va. June 4, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED